# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-3374
Lower Tribunal No. 2022-DP-201

———————————————

In the Interest of B.E., a child.

M.C.-E.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Heather L. Higbee, Judge.

January 16, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and BROWNLEE, JJ., concur.

David J. Joffe, of Joffe Law, P.A., Ft. Lauderdale, for Appellant.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED